

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

September 15, 2020

<u>VIA ECF</u>

Hon. Lorna G. Schofield
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 1106
New York, NY 10007

**Re:    Dawson v. Bob's Red Mill Natural Foods, Inc. - Civil Action No. 1:20-cv-06186-LGS
Request For Extension Of Time**

Dear Judge Schofield:

This firm represents Defendant Bob's Red Mill Natural Foods, Inc. ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Leshawn Dawson ("Plaintiff"), <u>to respectfully request a twenty-nine (29) day extension of time for Defendant to respond to the Complaint, up to and including October 16, 2020</u>.  This letter is the first request for an extension of this deadline.

By way of background, Plaintiff commenced this action on or about August 10, 2020.  (ECF No. 5.)  Plaintiff served the Summons and Complaint on August 27, 2020, and Defendant's responsive pleading is due on September 17, 2020.

Upon being engaged to represent Defendant, the undersigned communicated with Plaintiff's counsel<u> to request an extension of Defendant's time to respond to the Complaint.  Plaintiff has agreed to extend this deadline to October 16, 2020</u>.  The reason for this request is to allow time for Defendant to investigate the allegations in the Complaint.

<u>We respectfully submit this request in good faith</u> and not to cause undue delay.  The granting of this request will not impact any other scheduled deadlines.  We thank the Court for its time and attention to this matter.

Application GRANTED.  Defendant shall answer, move or otherwise respond to the complaint by **October 16, 2020.**

The Court does not typically adjourn the initial pretrial conference pending a response to the pleadings.  The parties are reminded that, pursuant to the Order at Dkt. No. 6 and this Court's Individual Rules, the joint conference materials are due seven days before the conference, or by **October 8, 2020.**

Dated: September 16, 2020
New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

65831980v.1



Respectfully submitted,

SEYFARTH SHAW LLP


*/s/ John W. Egan*
John W. Egan